# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-723-FDW-DCK

| | |
|---|---|
| HEATHER CHENKUS and GENE MICHAEL CHRISTIANSEN, Individually and on behalf of similarly situated persons, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| PRAIRIE PIZZA, INC. d/b/a DOMINO'S, | )<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay" (Document No. 11) filed March 5, 2018. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate. The Court appreciates the efforts of the parties to resolve the matter. However, having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay" (Document No. 11) is **DENIED**.

**SO ORDERED**.

Signed: March 8, 2018

David C. Keesler
United States Magistrate Judge