IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:17-cv-00723-FDW-DCK

| | |
|---|---|
| HEATHER CHENKUS and GENE MICHAEL CHRISTIANSEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PRAIRIE PIZZA, INC. d/b/a "Domino's"<br><br>Defendant. | **CONSENT MOTION TO FACILITATE NOTICE OF FLSA SETTLEMENT AND FOR PRELIMINARY APPROVAL OF SCHEDULE AND PROCEDURE FOR OBTAINING FINAL APPROVAL OF FLSA SETTLEMNT** |

Plaintiffs Heather Chenkus and Gene Michael Christiansen ("Plaintiffs"), through their undersigned counsel, respectfully move this Court for an Order:

1. Authorizing notice of a Fair Labor Standards Act settlement pursuant to 29 U.S.C. § 216(b) to a group of similarly situated individuals consisting of:

All current or former pizza delivery drivers who worked for Defendant in North Carolina or South Carolina from December 16, 2014 through March 5, 2018 ("Delivery Drivers").

A copy of the proposed Fair Labor Standards Act Settlement Agreement and Release is attached hereto as Exhibit 1 to Plaintiffs' Memorandum in Support of Consent Motion to Facilitate Notice of FLSA Settlement and for Preliminary Approval of Schedule and Procedure for Obtaining Final Approval of FLSA Settlement.

2. Approving the proposed Notice of Settlement of Collective Action Lawsuit ("Notice"), attached hereto as "Exhibit A" to the proposed Settlement Agreement;

3. Approving the proposed Claim Form, attached hereto as "Exhibit B" to the proposed Settlement Agreement.

4. Authorizing leave for a third-party Settlement Claims Administrator to send initial and reminder notices to all Delivery Drivers containing the Court's approved Notice, Claim Form, and a postage paid return envelope addressed to the Settlement Claims Administrator pursuant to the terms of the Settlement Agreement;

5. Approving the proposed schedule and procedure for the final approval of the proposed Settlement Agreement.

6. Defendant consents to this motion. In addition, Defendant has reviewed and authorized filing of the accompanying Memorandum in Support of Consent Motion to Facilitate Notice of FLSA Settlement and for Preliminary Approval of Schedule and Procedure for Obtaining Final Approval of FLSA Settlement, and the Declaration of Philip J. Gibbons, Jr.

7. A proposed Order is submitted for the Court's consideration.

Respectfully submitted this 28th day of June, 2018.

s/ *Philip J. Gibbons, Jr.*
Philip J. Gibbons, Jr., NCSB# 50276
Email: phil@gibbonsleis.com
PHIL GIBBONS LAW, P.C.
14045 Ballantyne Corporate Place, Ste. 325
Charlotte, NC 28277
Telephone: (704)-612-0038


*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

This is to certify that on June 28, 2018, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

Amy Y. Jenkins, NCSB# 20007
Amy.jenkins@mgclaw.com

/s/ Philip J. Gibbons, Jr.

*Attorney for Plaintiff(s)*