UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00723-FDW-DCK

| | |
|---|---|
| HEATHER CHENKUS and GENE MICHAEL CHRISTIANSEN, on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>PRAIRIE PIZZA, INC. d/b/a "Domino's"<br><br>Defendant. | ORDER |

THIS MATTER is before the Court on the Plaintiffs' "Consent Motion to Facilitate Notice of FLSA Settlement and for Preliminary Approval of Schedule and Procedure for Obtaining Final Approval of FLSA Settlement" (Doc. No. 19) filed June 28, 2018. Having carefully considered the motion and the record, the undersigned will grant the motion.

IT IS THEREFORE ORDERED that the "Consent Motion to Facilitate Notice of FLSA Settlement and for Preliminary Approval of Schedule and Procedure for Obtaining Final Approval of FLSA Settlement" (Doc. No. 19) is GRANTED. The Court ORDERS:

1. The Parties are authorized to send notice of a Fair Labor Standards Act settlement pursuant to 29 U.S.C. § 216(b) to a group of similarly situated individuals consisting of:

All current or former pizza delivery drivers who worked for Defendant in North Carolina or South Carolina from December 16, 2014 through March 5, 2018 ("Delivery Drivers").

Notice shall be sent pursuant to the procedure set forth in the Parties' Fair Labor Standards Act Settlement Agreement and Release ("Agreement").

1

2. The Court approves the proposed Notice of Settlement of Collective Action Lawsuit ("Notice") as set forth in "Exhibit A" to the proposed Agreement;

3. The Court approves the proposed Claim Form, as set forth in "Exhibit B" to the proposed Agreement.

4. The Court authorizes leave for a third-party Settlement Claims Administrator, to be agreed to by the Parties pursuant to the terms of the proposed Agreement, to send initial and reminder notices to all Delivery Drivers containing the Court's approved Notice, Claim Form, and a postage paid return envelope addressed to the Settlement Claims Administrator pursuant to the terms of the Agreement;

5. The Court approves the proposed schedule and procedure for the final approval of the proposed Agreement.

 IT IS SO ORDERED.

Signed: July 16, 2018

Frank D. Whitney
Chief United States District Judge