UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00723-FDW-DCK

| | |
|---|---|
| HEATHER CHENKUS and GENE MICHAEL CHRSTIANSEN, on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>PRAIRIE PIZZA, INC. d/b/a "Domino's", )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court *sua sponte* to schedule a class action settlement fairness hearing. A hearing will be held before the undersigned on **Wednesday, December 5, 2018 at 3:00 p.m.** This hearing will be held in Courtroom 1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC 28202. Parties are hereby ORDERED to send notice of this hearing to all class members. Upon sending such notice of hearing, Parties are further ORDERED to file a certificate of compliance with this Court within fourteen (14) days of this order's entry.

IT IS SO ORDERED.

Signed: October 23, 2018

Frank D. Whitney
Chief United States District Judge

1