**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL ACTION NO.: 3:17-cv-00723-FDW-DCK**

| | |
|---|---|
| **HEATHER CHENKUS and GENE MICHAEL CHRISTIANSEN, on behalf of themselves and all others similarly situated,** ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| vs. ) ) | **CONSENT MOTION FOR FINAL APPROVAL OF FLSA SETTLEMENT** |
| **PRAIRIE PIZZA, INC. d/b/a "Domino's"** ) ) ) | |
| **Defendant.** ) | |

Plaintiffs, Heather Chenkus and Gene Michael Christiansen (together "Plaintiffs"), on behalf of themselves and those individuals who opted into this action, by counsel, respectfully move this Court for an Order granting final approval of the Fair Labor Standards Act Settlement Agreement and Release ("Agreement") [Dkt. # 20-1] reached by the parties to this action, including payment of reasonable attorneys' fees and costs. In support of this motion, Plaintiffs state:

1. Plaintiffs and Defendant Prairie Pizza, Inc. d/b/a Domino's ("Defendant") have reached a settlement in the above-captioned lawsuit. The settlement is memorialized in the Agreement attached as Exhibit 1 to Plaintiffs' Memorandum in Support of Consent Motion for Final Approval of FLSA Settlement, which is being filed contemporaneously with this motion, and was previously filed with the Court as Dkt. # 20-1.

2. The Court has scheduled a fairness hearing for December 5, 2018 at 3:30 p.m.

3. On July 16, 2018, the Court granted Plaintiffs' "Consent Motion to Facilitate Notice of FLSA Settlement and for Preliminary Approval of Schedule and Procedure for Obtaining Final Approval of FLSA Settlement." (Dkt. #21.) The Court's July 16, 2018 Order:

    a. authorized the parties to send notice of the settlement to a group of similarly situated individuals consisting of:

> All current or former pizza delivery drivers who worked for Defendant in North Carolina or South Carolina from December 16, 2014 through March 5, 2018 ("Delivery Drivers"),

pursuant to the procedure set forth in the Agreement;

    b. approved the Notice of Settlement of Collective Action Lawsuit ("Notice"), which explained the terms of the Agreement, Delivery Drivers' rights under the Agreement, the procedure for objecting to the Agreement, and information regarding the Fairness Hearing;

    c. approved the Claim Form, which included a consent to join the action as an opt-in plaintiff under the FLSA, the release language as provided in the Agreement, and information regarding the deadline for submission; and

    d. approved the retention of a third-party Settlement Claims Administrator, to be agreed upon by the parties pursuant to the terms of the Agreement, and for the Administrator to send the Notice and Claim Form to all Delivery Drivers.

*Id.*

4. The Notice and Claim Form was mailed to 2,114 Delivery Drivers. No Delivery Driver has objected to the Agreement or requested to participate in the Fairness Hearing. As of the date of this filing, 644 Delivery Drivers, including Plaintiffs, have submitted Claims Forms and have opted into this FLSA collective action ("Collective Members").

5. On November 6, 2018, pursuant to the Court's Order dated October 29, 2018 (Dkt. #27), the parties notified all Collective Members of the date and time of the Fairness Hearing, along with contact information to obtain additional information regarding the Fairness

Hearing. No Collective Member requested additional information regarding the Fairness Hearing.

6. In seeking final approval of the Agreement, Plaintiffs request that the Court:

   a. finally approve the Agreement as a final, fair, reasonable, adequate resolution of a *bona fide* dispute between the parties, which is binding on Plaintiffs and all Collective Members who submitted a claim form, thus becoming party plaintiffs in this action pursuant to 29 U.S.C. § 216(b);

   b. approve RG2 Claims Administration, LLC as Settlement Claims Administrator and authorize the Settlement Claims Administrator to administer the settlement in accordance with the terms of the Agreement;

   c. authorize the Settlement Claims Administrator to distribute the Net Settlement Fund, as defined in the Agreement, to the Collective Members in accordance with the terms of the Agreement;

   d. approve as reasonable the cost of settlement administration fees in the amount of $23,000.00 to be paid to the Settlement Claims Administrator in accordance with the terms of the Agreement;

   e. approve participation payments in the amount of Five Thousand Dollars ($5,000.00) to Chenkus and Two Thousand Five Hundred Dollars ($2,500.00) to Christiansen, to be distributed by the Settlement Claims Administrator in accordance with the terms of the Agreement;

   f. approve an award of attorney's fees in the amount of one-third of the Maximum Settlement Amount ($300,000) to Collective Counsel, plus costs in the amount of $8,752.47, to be distributed by the Settlement Claims Administrator in accordance with the terms of the Agreement; and

   g. enter a final judgment in accordance with the Agreement and dismiss this lawsuit with prejudice.

7. Defendant consents to this motion. In addition, Defendant has reviewed and authorized filing the accompanying Memorandum in Support of Motion for Final Approval of FLSA Settlement.

8. A proposed Order is submitted for the Court's consideration.

Dated: November 30, 2018					Respectfully Submitted,


							/s/ Philip J. Gibbons, Jr.
							Philip J. Gibbons, Jr., NCSB #50276
							Craig L. Leis NCSB #48582
							**GIBBONS LEIS, PLLC**
							14045 Ballantyne Corporate Place, Suite 325
							Charlotte, NC 28277
							Telephone:	704-612-0038
							Email:	phil@gibbonsleis.com
								craig@gibbonsleis.com


## **CERTIFICATE OF SERVICE**

This is to certify that on November 30, 2018, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

							/s/ Philip J. Gibbons, Jr.
							*Attorney for Plaintiff(s)*